IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 21-cv-5517 <br><br> Judge: Sara L. Ellis |

**FINAL JUDGMENT ORDER**

This action having been commenced by THOSE CHARACTERS FROM CLEVELAND, LLC. ("Plaintiff" or "Care Bears") against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Care Bears Trademark and Copyrights.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114, et seq.), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, Defaulting Defendants are deemed in default and this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the CARE BEARS Trademarks or any confusingly similar trademark or name in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not genuine CARE BEARS products or are not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any products as genuine CARE BEARS products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CARE BEARS Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CARE BEARS Trademarks or any confusingly similar trademark or name;

e. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the

means by which Defaulting Defendants could continue to sell counterfeiting products bearing the CARE BEARS Trademarks;

f. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing any of the CARE BEARS Trademarks or any products that are not genuine CARE BEARS products or are not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, Alibaba, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff's choosing:

a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as

        Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a.    disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

    b.    disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights; and

    c.    take all steps necessary to prevent links to the Defendant Domain Names identified in Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.    Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit CARE BEARS Trademarks and Copyrights on products sold through at least the Defendant Internet Stores.

5.    Alibaba shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Alibaba, are hereby released to Plaintiff as partial payment of the above-

identified damages, and Alibaba is ordered to release to Plaintiff the amounts from Defaulting Defendants' Alibaba accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Alibaba in the event that any new Alibaba accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Alibaba shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Alibaba accounts;

   b. Restrain and enjoin such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' Alibaba accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

   a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

6

    b.    Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602. This is a Final Judgment.

Dated: January _12__, 2022

_____
The Honorable Sara L. Ellis
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Kids Clothes Factory Store |
| 2 | KK high-quality Store |
| 3 | Kochimaru Tao Store |
| 4 | Lazy DouDou Store |
| 5 | lili baby house Store |
| 6 | Lucy's Nail Art Store |
| 7 | Makeup Junkie Store |
| 8 | midou Store |
| 9 | MyName Store |
| 10 | Nail Designs Factory Store |
| 11 | Nail MAD Official Store |
| 12 | New Trendy Clothes Co.,Ltd. Store |
| 13 | PlushAngel Store |
| 14 | ruiying European and American characteristics Store |
| 15 | Selina Nail Art World Store |
| 16 | Selina Nail Store |
| 17 | Shop5607071 Store |
| 18 | Shop5879641 Store |
| 19 | Shop5891376 Store |
| 20 | Shop911510001 Store |
| 21 | Susan's Convenience Store |
| 22 | tewytq dsa Store |
| 23 | Totemo Kawaii Store |
| 24 | Trend kids' clothes Store |
| 25 | VG666888 Store |
| 26 | Kabeier Official Store |
| 27 | Kawaii Female Store |
| 28 | KAWAII You Store |
| 29 | KHS Store |
| 30 | Kids Ruyi Store |
| 31 | Kimotimo Store |
| 32 | koko naisuus Store |
| 33 | Koodykids Store |
| 34 | Korok Store |
| 35 | Ladycoco Store |
| 36 | LAKEPENY Store |
| 37 | Langteng Mascot Store |
| 38 | Lansel-Fashion Store |

| 39 | Lavender art spread Store |
|---|---|
| 40 | Lavendercases Store |
| 41 | Leimeili manicure patch Store |
| 42 | LHY's Wardrobe Store |
| 43 | Linbao POSTER Store |
| 44 | LINDSEY SEADER Official Store |
| 45 | Linqiuhua Store |
| 46 | little six6 Store |
| 47 | Liyings Store |
| 48 | LookThis01 Store |
| 49 | LookThis02 Store |
| 50 | LookThis03 Store |
| 51 | LookThis05 Store |
| 52 | Lotin nail stickers Store |
| 53 | LoveBebe Store |
| 54 | LOVELY SUNNY SHINY Store |
| 55 | luckynumber7 Store |
| 56 | Luoyimeng Store |
| 57 | Luxanna Crownguard Store |
| 58 | LuxuryPhoneShell Store |
| 59 | LY 666 Store |
| 60 | MagicalBeauty Store |
| 61 | Magwen Store |
| 62 | Mairuige Official Store |
| 63 | Mamihlapinatapai Happen Store |
| 64 | MANKVN Franchised Store |
| 65 | Maple Store |
| 66 | maple520 Store |
| 67 | Mayshow-Fashion Store |
| 68 | Meet Lefutur Toy Store |
| 69 | Meihuida Official Store |
| 70 | meisock Store |
| 71 | Men's Hoodie Store |
| 72 | MeyouNail Store |
| 73 | Midi Ribbon Store |
| 74 | Midian Baby Store |
| 75 | mikumikulove Store |
| 76 | Ming,jie Store |
| 77 | MINII NAIL Store |
| 78 | Mirrors World Store |
| 79 | Missmyth |

9

| | |
|---|---|
| 80 | MIZUKAGAMI Official Store |
| 81 | MMMVP Store |
| 82 | Mofy Store |
| 83 | Ms. Sophia 's Sew Accessory Store |
| 84 | msnynieco Official Store |
| 85 | Mug Fun Store |
| 86 | Mus&Gen A Store |
| 87 | My Baby Clothes Factory Store |
| 88 | NaHong Authentic Store |
| 89 | Nail Makeup Care Store |
| 90 | NailyouNailme Store |
| 91 | nevers fail Store |
| 92 | nevers HH Store |
| 93 | newlovely Store |
| 94 | NICECON Lace Show Store |
| 95 | nnnnz Store |
| 96 | Nobody Store |
| 97 | NOMORE COLD Store |
| 98 | NovaCasesCo Store |
| 99 | Off On Store |
| 100 | OGGO Store |
| 101 | ONLNIC Bag Store |
| 102 | OUIO JL ELECS Store |
| 103 | OUKNOEO Official Store |
| 104 | outlets* Store |
| 105 | P Yung Store |
| 106 | Patch Factory Store |
| 107 | patch making Store |
| 108 | Pearlescent nail art & spa Store |
| 109 | Peonflyz Store |
| 111 | Personalized Socks Factory Store |
| 112 | PetMundo Official Store |
| 113 | PetPark Store |
| 114 | Pezhi Store |
| 115 | pinkpurple Store |
| 116 | pku.3 Store |
| 117 | Poop-Finger Store |
| 118 | Popnailtools Store |
| 119 | Precision-Tools Store |
| 120 | pudcoco Official Store |
| 121 | Pup Club Store |

| | |
|---|---|
| 122 | qiyue007 Store |
| 123 | RayX Makeup Store |
| 124 | RIKONKA False Nail Art Store |
| 125 | Rikonka Nail Tool Store |
| 126 | rose trees Store |
| 127 | RXC T-Shirt Store |
| 128 | Sanmandi Store |
| 129 | Savi Nail Art Store |
| 130 | SCCG Store |
| 131 | senvodo sporting goods Store |
| 132 | SEUONM JPbaby clothes 03 Store |
| 133 | Shiny kids clothes Store |
| 134 | Shop MM Store |
| 135 | Shop1798185 Store |
| 136 | Shop2901267 Store |
| 137 | Shop3377025 Store |
| 138 | Shop3395014 Store |
| 139 | Shop3477074 Store |
| 140 | shop35464 Store |
| 141 | Shop4210017 Store |
| 142 | Shop4663086 Store |
| 143 | Shop4836035 Store |
| 144 | Shop4989307 Store |
| 145 | Shop5034085 Store |
| 146 | Shop5118067 Store |
| 147 | Shop5374146 Store |
| 148 | Shop5482024 Store |
| 149 | Shop5485237 Store |
| 150 | Shop5599051 Store |
| 151 | Shop5626069 Store |
| 152 | Shop5729278 Store |
| 153 | Shop5799368 Store |
| 154 | Shop5830158 Store |
| 155 | Shop5881971 Store |
| 156 | Shop5890678 Store |
| 157 | Shop5892631 Store |
| 158 | Shop830439 Store |
| 159 | Shop900238533 Store |
| 160 | Shop900243461 Store |
| 161 | Shop900250301 Store |
| 162 | Shop910350289 Store |

| 163 | Shop910367316 Store |
|---|---|
| 164 | Shop910367380 Store |
| 165 | Shop910451189 Store |
| 166 | Shop910452038 Store |
| 167 | Shop910552087 Store |
| 168 | Shop910622017 Store |
| 169 | Shop910716153 Store |
| 170 | Shop910748152 Store |
| 171 | Shop910917016 Store |
| 172 | Shop910967021 Store |
| 173 | Shop910997070 Store |
| 174 | Shop911054072 Store |
| 175 | Shop911056056 Store |
| 176 | Shop911101018 Store |
| 177 | Shop911108093 Store |
| 178 | Shop911118226 Store |
| 179 | Shop911121172 Store |
| 180 | Shop911125247 Store |
| 181 | Shop911126203 Store |
| 182 | Shop911128003 Store |
| 183 | Shop911129232 Store |
| 184 | Shop911188198 Store |
| 185 | Shop911257425 Store |
| 186 | Shop911296203 Store |
| 187 | Shop911329183 Store |
| 188 | Shop911380088 Store |
| 189 | Shop911400014 Store |
| 190 | Shop911412102 Store |
| 191 | Shop911413401 Store |
| 192 | Shop911416610 Store |
| 193 | Shop911420009 Store |
| 194 | Shop911442170 Store |
| 195 | Shop911519125 Store |
| 196 | Shop911521012 Store |
| 197 | Shop911564388 Store |
| 198 | Shop911566521 Store |
| 199 | Shop911610439 Store |
| 200 | Shop911612392 Store |
| 201 | Shop911613457 Store |
| 202 | Shop911615407 Store |
| 203 | Shop912548 Store |

| | |
|---|---|
| 204 | Shop99 Store |
| 205 | SHUQI Store |
| 206 | Shyla Official Store |
| 207 | Simple-fashion |
| 208 | Sister's parent-child outfit Store |
| 209 | Skirt Buy Store |
| 210 | SLPBELY Pajamas Store |
| 211 | Small Fish Store |
| 212 | Smiled ornaments Store |
| 213 | Socks factory shop Store |
| 214 | SPREEZE Store |
| 215 | Sprit Store |
| 216 | Star City Man Dance |
| 217 | stars* Store |
| 218 | STARSTRING headphone accessories Store |
| 219 | Street Sweater Store |
| 220 | STSVZORR Store |
| 221 | SumParvenu xin Store |
| 222 | supelight Store |
| 223 | super-love Store |
| 224 | Suprepet Store |
| 225 | SUPWRF Hair Accessories Store |
| 226 | SURGE Store |
| 227 | Surprise For You~ Store |
| 228 | SXMJ Store |
| 229 | SYIJIAFA Store |
| 230 | syue moon Soak Up Moonlight Store |
| 231 | Teein T-Shirt Store |
| 232 | The 1990 Phone Cases Store |
| 233 | the real 001 Store |
| 234 | Third Store |
| 235 | ToAlice Store |
| 236 | TongYuan Store |
| 237 | Tonytaobaby's Store |
| 238 | Trendy Apparel and Watch Store |
| 239 | Trendy Comes Store |
| 240 | Tsunana Store |
| 241 | Ttiffany Store |
| 242 | TULX Official Store |
| 243 | Two2 Store |
| 244 | unjae Store |

| | |
|---|---|
| 245 | Unshek Store |
| 246 | US Trademark Casician Store |
| 247 | UXWO Store |
| 248 | varitystore55 Store |
| 249 | Very good T-shirt ii Store |
| 250 | Vikee Store |